**FILED**
May 05, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>v. )<br>  )<br>LUONG DAU MOC, )<br>  Defendant. )<br>_____ ) | Case No. CR.S-11-0148-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LUONG DAU MOC, Case No. CR.S-11-0148-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

   _X_   Unsecured Appearance Bond

   ____   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-05-2011   at  3:15 pm

By _____
Edmund F. Brennan
United States Magistrate Judge