BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 (Facsimile)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00148 KJM |
| Plaintiff, | **ORDER GRANTING PARTIES' REQUEST TO SEAL DOCUMENT** |
| v. | |
| LUONG DAU MOC, | **[EDCA LR 141]** |
| Defendant | |

This matter came before the Court on the parties' joint request to seal the written plea agreement submitted at the plea hearing on March 28, 2012.  For the reasons stated on the record at the plea hearing, the Court hereby GRANTS the request to seal and orders that the written plea agreement will be filed under seal in its entirety.

   IT IS SO ORDERED.

DATED:  March 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

1